UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20229-RUIZ

UNITED STATES OF AMERICA

v.

SEALED INDICTMENT,

        Defendants.
_____/

### ORDER TO PARTIALLY UNSEAL INDICTMENT

The United States of America has moved to partially unseal the indictment in this case. The government proposes providing a redacted copy of the indictment to Defendant Gregori Arzumanov a/k/a "Grigori Arzoumanov," and his defense counsel while maintaining the indictment sealed on the public docket until otherwise ordered by the court. The government states in its Motion that the other individual charged in the indictment has not yet been arrested.

After considering the matter, the Court GRANTS the government's motion. Pursuant to Federal Rule of Criminal Procedure 6(e)(4), it is:

**ORDERED AND ADJUDGED** that the motion is GRANTED.

1. The sealed indictment in this case shall remain sealed on the public docket until otherwise ordered by the Court.

2. The government shall provide a redacted copy of the sealed indictment to Defendant Gregori Arzumanov a/k/a "Grigori Arzoumanov," and his defense counsel and ensure the redacted version has been filed on the docket. The redacted indictment shall be partially redacted to exclude the name of the other defendant, including the name in the case caption.

**DONE AND ORDERED** in chambers at Miami, Florida this 4 day of June 2025.

_____
HONORABLE ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record