# MINUTE ORDER

Page 4

## Magistrate Judge Ellen F. D'Angelo

**King Building Courtroom 10-4**          Date: 6/4/25     Time: 2:00 p.m.

Defendant: Gregori Arzumanov     J#: 24793-506     Case #: 25-CR-20229-RUIZ/LOUIS(SEALED)
AUSA: Ilana Malkin     Attorney: Gennaro Cariglio (Temp)/George Lambert (Temp)
Violation: Conspiracy to Commit Wire Fraud. Wire Fraud.     Surr/Arrest Date: 06/03/25     YOB: 1961

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at: $100,000 10%     Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ____
- [ ] Other: ____

Language: English

Disposition:
The defendant was advised of rights. Government's Ore Tenus motion to partially unseal indictment – Granted. The parties stipulate to $100,000 10% Bond (see order). Defendant released.
*Brady Order Given*

Time from today to ___6/23/25_____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:
**Report RE Counsel**: 6/23/25 @ 130pm   MIAMI DUTY
PTD/Bond Hearing:
Prelim/**Arraign** or Removal: 6/23/25 @ 130 pm MIAMI DUTY
Status Conference RE:
D.A.R. 14:29:09/14:42:47     Time in Court: 12 mins

s/Ellen F. D'Angelo                                              Magistrate Judge