# MINUTE ORDER

Page 4

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 6/23/2025   Time: 1:30 p.m.

Defendant: Gregori Arzumanov   J#: BOND   Case #: 25-20229-CR-RUIZ
AUSA: Ilana Malkin   Attorney: Gennaro Cariglio, Jr. (PERM)
Violation: Conspiracy to Commit Wire Fraud   Surr/Arrest Date:   YOB:
Proceeding: Arraignment   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at: $100,000 10%   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Brady Order given on 6/4/25. Counsel filed a permanent appearance on 6/9/25 per DE#[18]. Defendant's ore tenus motion for entry of Standing Discovery Order -Granted. Defendant Arraigned. All further proceedings before Judge Ruiz.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. EGT-13:42:23   Time in Court: 2 mins.

s/Edwin G. Torres   Magistrate Judge